UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM C244
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 18, 2009**

Mr. Russell Carter, III
Post Office Box 628
Cabot, AR 72023

    Re:    *Wanda Sentell v. Eutaw Horton* d/b/a *Cardinal Manor Luxury Apartments* --
            4:08-CV-00630-WRW

Dear Mr. Carter:

I have received Plaintiff's Motion for Summary Judgment,[1] which was filed on August 3, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[2] you agree with Plaintiff's position. If you choose not to respond by 12:00 noon on Tuesday, August 25, 2009, I will grant the motion.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:        Counsel of Record

---

[1] Doc. No. 8.

[2] The response was due on Monday, August 17, 2009.